UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL McGREGOR, )<br>)<br>Defendant. ) | NO. 2:20 CR 00137-PPS/APR |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Michael McGregor's agreement to enter a plea of guilty to Count 3 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 23, 26.] Following a hearing on the record on May 27, 2021 [DE 26], Judge Rodovich found that defendant understands the charge, his rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 3 of the indictment charging him with possession of a firearm which was an unregistered shotgun having a barrel of less than 18 inches in length, in violation of 26 U.S.C. §§ 5845 and 5861(d); and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived objection to Judge Rodovich's findings and recommendation. [DE 26.]

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Michael McGregor's plea of guilty, to which objections have been waived, the Court hereby ADOPTS the findings and recommendation [DE 26] in their entirety.

Defendant Michael McGregor is adjudged GUILTY of Count 3 of the indictment.

The sentencing hearing is SET for October 5, 2021 at 9:30 a.m. Hammond/Central time.

ENTERED: May 28, 2021.

        /s/   Philip P. Simon
        PHILIP P. SIMON, JUDGE
        UNITED STATES DISTRICT COURT